JS-6

```
                    FILED
           CLERK, U.S. DISTRICT COURT

                 APR 8, 2019

           CENTRAL DISTRICT OF CALIFORNIA
           BY:      BH         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, | Case No. **2:19-cv-01662 VAP (SKx)** |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| 2448 WILSHIRE BOULEVARD LLC, et al | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **sixty (60) days** to enforce the terms of the settlement.

Dated: April 8, 2019

VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm